# Exhibit 1

**From:** Comprehensive Women's OB GYN Dwdy <no-reply@eclinicalmail.com>
**Date:** January 31, 2024 at 9:11:53 AM EST
**To:** [Redacted]
**Subject: AWHG Notice of Data Breach**

AWHG ATLANTA WOMEN'S HEALTH GROUP, P.C.

January 30, 2024

**Notice of Data Breach**

Dear [Redacted],
We respect the privacy of your information and value the trust you place in us, which is why are writing to let you know about a data security incident affecting Atlanta Womens Health Group (AWHG).

**What Happened**

AWHG has confirmed that unauthorized individuals gained access to our computer network and used ransomware to encrypt files. AWHG security teams detected the cyberattack on April 12, 2023, and steps were immediately taken to contain the attack. Third-party forensic cybersecurity firms were engaged immediately to investigate the potential breach.

The forensic investigation was robust and ultimately determined that while the unauthorized user accessed certain files containing personal information of a subset of AWHG patients, AWHGs electronic health record (EHR) systems remained secure and were not exposed in the breach. There is no evidence that any of the accessed information has been improperly used and AWHG has secured evidence that the unauthorized user permanently deleted all compromised data. We feel strongly that any information obtained was not used for malicious intent. Nevertheless, we are notifying every patient of this event. To be clear, not every patient was affected by this incident, but we are notifying all patients in an abundance of caution.

**What Information Was Involved**

AWHG and our third-party forensic cybersecurity firm has conducted a thorough review and determined that the files that were accessed held documents containing protected health information that may have included demographic information like names, dates of birth, addresses, phone numbers, and patient account numbers; clinical information such as medical history, diagnosis, and treatment plans; and health insurance information, including insurance plans, id numbers, and claims information. Again, after extensive investigation, we do NOT believe any of our patients information has been misused, but we are notifying you in an abundance of caution.

**What We Are Doing**

AWHG values your privacy, and we deeply regret that this incident occurred. Since this event, AWHG has worked with our outside security consultant to implement additional cybersecurity measures to prevent recurrence of such an attack and to protect the privacy of our valued patients, including replacing certain components of our system and upgrading security measures.

**What You Can Do**

Again, at this time, there is no evidence that your information has been misused. However, we

encourage you to remain vigilant by reviewing your account statements and credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You also should promptly report any fraudulent activity or any suspected incidence of identity theft to proper law enforcement authorities, your state attorney general, and/or the Federal Trade Commission.

**For More Information**

Should you need further information and assistance, please use the toll-free number 1-888-566-8248, Monday through Friday between 9 a.m. - 9 p.m. Eastern Time. Additional recommended steps to help protect your information is also included with this letter.

Sincerely,

Genevieve Fairbrother MD, MPH, MHHCM, FACOG
President and CEO Atlanta Womens Health Group
(Enclosure)

IDX
A ZEROFOX COMPANY

**Recommended Steps to help Protect your Information**

**1. Telephone.** Contact IDX at 1-888-566-8248 to gain additional information about this event and speak with knowledgeable representatives about the appropriate steps to take to protect your credit identity.

**2. Review your credit reports**. We recommend that you remain vigilant by reviewing account statements and monitoring credit reports. Under federal law, you also are entitled every 12 months to one free copy of your credit report from each of the three major credit reporting companies. To obtain a free annual credit report, go to https://link.edgepilot.com/s/22cf56ba/HKHW810g6U6S5zt8ZtZ3_Q?u=http://www.annualcreditreport.com/ or call 1-877-322-8228. You may wish to stagger your requests so that you receive a free report by one of the three credit bureaus every four months.

If you discover any suspicious items and have enrolled in IDX identity protection, notify them immediately by calling or by logging into the IDX website and filing a request for help.

If you file a request for help or report suspicious activity, you will be contacted by a member of our ID Care team who will help you determine the cause of the suspicious items. In the unlikely event that you fall victim to identity theft as a consequence of this incident, you will be assigned an ID Care Specialist who will work on your behalf to identify, stop and reverse the damage quickly.

You should also know that you have the right to file a police report if you ever experience identity fraud. Please note that in order to file a crime report or incident report with law enforcement for identity theft, you will likely need to provide some kind of proof that you have been a victim. A police report is often required to dispute fraudulent items. You can report suspected incidents of identity theft to local law enforcement or to the Attorney General.

**3. Place Fraud Alerts** with the three credit bureaus. If you choose to place a fraud alert, we recommend you do this after activating your credit monitoring. You can place a fraud alert at one of the three major credit bureaus by phone and also via Experians or Equifaxs website. A fraud alert

tells creditors to follow certain procedures, including contacting you, before they open any new accounts or change your existing accounts. For that reason, placing a fraud alert can protect you, but also may delay you when you seek to obtain credit. The contact information for all three bureaus is as follows:

**Credit Bureaus**

| | | |
|---|---|---|
| Equifax Fraud Reporting<br>1-888-298-0045<br>P.O. Box 105069<br>Atlanta, GA 30348-5069<br>https://link.edgepilot.com/s/0ef2fa74/_sVZi7Nq-Uezd3FvkgAf1w?u=http://www.equifax.com//personal/credit-report-services/ | Experian Fraud Reporting<br>1-888-397-3742<br>P.O. Box 9554<br>Allen, TX 75013<br>https://link.edgepilot.com/s/962eb552/5Ggdg2DpxU2NEcuZIwYU6Q?u=http://www.experian.com//help | TransUnion Fraud Reporting<br>1-800-680-7289<br>P.O. Box 2000<br>Chester, PA 19022-2000<br>https://link.edgepilot.com/s/49ce2ad0/lD0zcCf26kGOjj0IKD_c0A?u=http://www.transunion.com//credit-help |

It is necessary to contact only ONE of these bureaus and use only ONE of these methods. As soon as one of the three bureaus confirms your fraud alert, the others are notified to place alerts on their records as well. You will receive confirmation letters in the mail and will then be able to order all three credit reports, free of charge, for your review. An initial fraud alert will last for one year.
**Please Note: No one is allowed to place a fraud alert on your credit report except you.**
**4. Security Freeze.** By placing a security freeze, someone who fraudulently acquires your personal identifying information will not be able to use that information to open new accounts or borrow money in your name. You will need to contact the three national credit reporting bureaus listed above to place the freeze. Keep in mind that when you place the freeze, you will not be able to borrow money, obtain instant credit, or get a new credit card until you temporarily lift or permanently remove the freeze. There is no cost to freeze or unfreeze your credit files.
**5. You can obtain additional information** about the steps you can take to avoid identity theft from the following agencies. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them.
**California Residents:** Visit the California Office of Privacy Protection (https://link.edgepilot.com/s/a27d6772/wbR7rZ0nkEWSQvb-7YHLAw?u=http://www.oag.ca.gov/privacy) for additional information on protection against identity theft. Office of the Attorney General of California, 1300 I Street, Sacramento, CA 95814, Telephone: 1-800-952-5225.
**Kentucky Residents:** Office of the Attorney General of Kentucky, 700 Capitol Avenue, Suite 118 Frankfort, Kentucky 40601, https://link.edgepilot.com/s/876d095e/_jPX8CaSj0WgVl2c4NcFIQ?u=http://www.ag.ky.gov/, Telephone: 1-502-696-5300.
**Maryland Residents:** Office of the Attorney General of Maryland, Consumer Protection Division

200 St. Paul Place Baltimore, MD 21202, https://link.edgepilot.com/s/25c54613/NdlBzwYf10CnOqsRNO8djQ?u=http://www.oag.state.md.us/Consumer, Telephone: 1-888-743-0023.
**New Mexico Residents**: You have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in your credit file has been used against you, the right to know what is in your credit file, the right to ask for your credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to your file is limited; you must give your consent for credit reports to be provided to employers; you may limit prescreened offers of credit and insurance you get based on information in your credit report; and you may seek damages from a violator. You may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. You can review your rights pursuant to the Fair Credit Reporting Act by visiting https://link.edgepilot.com/s/aeae1426/7Kp4ZJsHt0Cy9IvatnQHRw?u=http://www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.
**New York Residents:** the Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; https://link.edgepilot.com/s/43c68db3/ppxp0NJmo06Qrub3pnHQzw?u=https://ag.ny.gov/.
**North Carolina Residents:** Office of the Attorney General of North Carolina, 9001 Mail Service Center Raleigh, NC 27699-9001, https://link.edgepilot.com/s/186ea427/CMz6oBb4qE_w7xUR2rRATA?u=http://www.ncdoj.gov/, Telephone: 1-919-716-6400.
**Oregon Residents:** Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301-4096, https://link.edgepilot.com/s/b50e255a/s1VAYt3IikWMOL59PFJVlA?u=http://www.doj.state.or.us/, Telephone: 1-877-877-9392.
**Rhode Island Residents:** Office of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903, https://link.edgepilot.com/s/dce8668a/bfpzAsZl006dx4VzvYQa7Q?u=http://www.riag.ri.gov/, Telephone: 1-401-274-4400. Under Rhode Island law, you have the right to obtain any police report filed in regard to this incident. At this time, there are no known Rhode Island residents impacted by this incident.
**All US Residents:** Identity Theft Clearinghouse, Federal Trade Commission, 600 Pennsylvania Avenue, NW Washington, DC 20580, https://link.edgepilot.com/s/4269bda0/O9aNAT6DbUifW_gIPogzPg?u=https://consumer.ftc.gov/, 1-877-IDTHEFT (438-4338), TTY: 1-866-653-4261.

If you wish to opt out from receiving these notifications in the future, you can Unsubscribe.